UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HASSAN JAMA,<br><br>          Plaintiff,<br><br>    v.<br><br>AMERICAN SEAFOODS, et al.,<br><br>          Defendants. | CASE NO. C08-1023RSM<br><br>ORDER OF DISMISSAL |

On February 25, 2009, the Court ordered plaintiff to show cause why this action should not be dismissed for failure to prosecute. Dkt. # 7. The Court noted that all deadlines previously set had passed, and plaintiff had taken no action. Plaintiff has not responded to the Order to Show Cause in any way.

The Court further notes that plaintiff has not entered an appearance *pro se* following the withdrawal of counsel, nor otherwise indicated his intent to prosecute this matter. Accordingly, the complaint and action are hereby DISMISSED without prejudice for failure to prosecute and failure to comply with the Court's previous orders.

Dated this 26th day of March, 2009.

                                                                         RICARDO S. MARTINEZ
                                                                         UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1